**Order filed September 29, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00557-CV
_____

### ASHTON B. YOUBOTY, Appellant

### V.

### JOHN S. YOUBOTY, SR. AND MUSU JONES, Appellees

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-74423**

## ORDER

John S. Youboty, Sr. and Musu Jones filed a notice of appeal on August 19, 2020. To date, those parties have not paid the filing fee of $205.00. No evidence that those parties are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, John S. Youboty, Sr. and Musu Jones are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 9, 2020.** *See* Tex. R. App. P. 5. If they fail

1

to timely pay the filing fee, their appeal will be dismissed, and the appeal of Ashton B. Youboty will remain pending.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.